Name & Address:
Joshua M. Wolff, Esq. (Cal. Bar No. 134426)
WOLFF LAW CORPORATION
9160 Irvine Center Dr., Suite 200
Irvine, California 92618-4683
T: (949) 769-3600 | F: (949) 769-3601

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| OLANDER ENTERPRISES, INC., a California Corporation, | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | **SACV09-01372 CJC(ANX)** |
| v. | |
| SPENCER GIFTS, LLC, SPENCER GIFTS HOLDING, LLC, SPENCER GIFTS ONLINE, LLC, and DOES 1 through 10 inclusive | **SUMMONS** |
| DEFENDANT(S). | |

TO:   DEFENDANT(S): SPENCER GIFTS, LLC, SPENCER GIFTS HOLDING, LLC, and
          SPENCER GIFTS ONLINE, LLC

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, _Joshua Wolff, Wolff Law Corporation_, whose address is _9160 Irvine Center Dr., Suite 200, Irvine, CA 92618_. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: _NOV 2 4 2009_

By: _____
          Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Cormac J. Carney  and the assigned discovery Magistrate Judge is Arthur Nakazato.

The case number on all documents filed with the Court should read as follows:

## SACV09- 1372 CJC (ANx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

=================================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

[ ]  **Western Division**
     **312 N. Spring St., Rm. G-8**
     **Los Angeles, CA 90012**

[X]  **Southern Division**
     **411 West Fourth St., Rm. 1-053**
     **Santa Ana, CA 92701-4516**

[ ]  **Eastern Division**
     **3470 Twelfth St., Rm. 134**
     **Riverside, CA 92501**

Failure to file at the proper location will result in your documents being returned to you.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
OLANDER ENTERPRISES, INC., a California Corporation

**DEFENDANTS**
SPENCER GIFTS, LLC, a Delaware limited liability company;
SPENCER GIFTS HOLDING, LLC, a Delaware limited liability company;
SPENCER GIFTS ONLINE, LLC, a Delaware limited liability company; and

DOES 1 through 10 inclusive

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Joshua M. Wolff, Esq. (CA Bar No. 134426), WOLFF LAW CORPORATION
9160 Irvine Center Dr., Suite 200, Irvine, CA 92618
T: (949) 769-3600 | F: (949) 769-3601

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff     ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant    ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☑ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☑ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☑ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☑ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify):  ☐ 6 Multi-District Litigation  ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes  ☐ No    ☑ MONEY DEMANDED IN COMPLAINT: $ actual or statutory damages

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
17 U.S.C. 501, et seq. (copyright infringement)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | ☑ 820 Copyrights |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco- mmodations | | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | REAL PROPERTY | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | REAL PROPERTY | ☐ 210 Land Condemnation | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 220 Foreclosure | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 230 Rent Lease & Ejectment | ☐ 440 Other Civil Rights | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 240 Torts to Land | IMMIGRATION | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 240 Torts to Land | ☐ 245 Tort Product Liability | ☐ 462 Naturalization Application | | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | ☐ 290 All Other Real Property | ☐ 463 Habeas Corpus- Alien Detainee | | |
| | ☐ 290 All Other Real Property | | ☐ 465 Other Immigration Actions | | |

**FOR OFFICE USE ONLY:**    Case Number:    **SACV09-01372 CJC(ANX)**

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☐ No ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)   ☐ A.  Arise from the same or closely related transactions, happenings, or events; or
                               ☐ B.  Call for determination of the same or substantially related or similar questions of law and fact; or
                               ☐ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
                               ☐ D.  Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐   Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐   Check here if the government, its agencies or employees is a named defendant.  If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | New Jersey |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
   **Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____   Date November 23, 2009

   Notice to Counsel/Parties:  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet.  (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended.  (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended.  (42 U.S.C. (g)) |

Joshua M. Wolff, Esq. (Bar No. 134426)
WOLFF LAW CORPORATION
9160 Irvine Center Dr., Suite 200
Irvine, California 92618-4683
T: (949) 769-3600 | F: (949) 769-3601
jwolff@wolff-law.com

Attorneys for Plaintiff Olander
Enterprises, Inc., a California corporation

FILED

2009 NOV 24  PM 2: 14

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

BY: _____

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| OLANDER ENTERPRISES, INC., a California Corporation, | Case No. SACV09-01372 CJC(ANX) |
|---|---|
| Plaintiff, | **COMPLAINT FOR COPYRIGHT INFRINGEMENT AND CONTRIBUTORY COPYRIGHT INFRINGEMENT** |
| v. | |
| SPENCER GIFTS, LLC, a Delaware limited liability company, SPENCER GIFTS HOLDING, LLC, a Delaware limited liability company, SPENCER GIFTS ONLINE, LLC, a Delaware limited liability company, and DOES 1 through 10 inclusive, | [17 U.S.C. §501] |
| | **Demand for Jury Trial** |
| Defendants. | |

Plaintiff Olander Enterprises, Inc. alleges:

## Parties

1.     Plaintiff Olander Enterprises, Inc. is a California corporation, in good standing, doing business under the trade name "Rock Rebel."

2.     Spencer Gifts, LLC is a Delaware limited liability company doing business within this judicial district.

1    3.    Spencer Gifts Holdings, LLC is a Delaware limited liability company

2  doing business within this judicial district.

3    4.    Spencer Gifts Online, LLC is a Delaware limited liability company

4  doing business within this judicial district.

5    5.    Plaintiff is unaware of the identities of the defendants sued as Does 1-

6  10.  Plaintiff will seek leave of the court to amend its Complaint to indicate the true

7  identities of these defendants when their identifies are determined.

8    6.    Each defendant, including Does 1-10, is responsible in some manner

9  for the acts alleged, and each is therefore jointly and severally liable for Plaintiff's

10  damages.

11                    **Jurisdiction and Venue**

12

13    7.    This action is brought under the Copyright laws of the United States.

14  Accordingly, the court has subject matter jurisdiction pursuant to 17 U.S.C. § 501,

15  28 U.S.C. § 1331 and 28 U.S.C. § 1338.  The Court also has personal jurisdiction

16  over Defendants, as they conduct business in this judicial district.

17    8.    Venue is proper pursuant to 28 U.S.C. §1400(a), in that the

18  Defendants own and operate retail stores located in Orange County, California.

19  Defendants also own and operate an online store with substantial sales in Orange

20  County.  In addition, the wrongful acts alleged in this Complaint occurred in

21  Orange County.

22

23                        **Copyrights**

24

25    9.    Plaintiff designs, manufactures, and wholesales clothing and

26  accessories, including belts and belt buckles.  Plaintiff's belts and belt buckles are

27  widely popular and have greatly contributed to the success of Plaintiff's business

28  and its brand.  Plaintiff has invested substantial resources and effort in the

1   promotion and extensive use of its belt and buckle designs in the United States and

2   worldwide such that they have become well known and associated with Plaintiff

3   and represent a significant and valuable asset of Plaintiff.

4         10.    Plaintiff takes pride in its original belt and buckle designs and

5   vigorously protects its copyrights in those designs. Among Plaintiff's copyrighted

6   designs are those set forth in its "Silver Star Belt Buckle Collection," which

7   received U.S. Copyright protection on February 17, 2004, under registration No.

8   VA 1-260-157 ("Copyright 157"). A true and correct copy of the Copyright 157 is

9   attached as Exhibit 1. Included within the protection of Copyright 157 is

10   Plaintiff's "Winged Heart" and "Turntable" belt buckle designs.

11         11.    Also protected by U.S. Copyright is Plaintiff's collection titled

12   "Olander Enterprises Presents Rock Rebel," issued on August 4, 2006 and was

13   registration No. VA 1-389-368 ("Copyright 368"). A true and correct copy of

14   Copyright 368 is attached as Exhibit 2. Included within the protection of

15   Copyright 368 are Plaintiff's "Winged Bomb," "Turntable," and "Dagger Heart"

16   belt buckle designs.

17         12.    Plaintiff has complied with the Copyright Act with respect to its

18   copyrighted belt buckle designs. Plaintiff is the sole proprietor of all right, title

19   and interest in and to the copyrighted work. Plaintiff has not released its

20   copyrighted works into the public domain. Nor has Plaintiff licensed its

21   copyrighted works to any third party.

22

23                   **Relationship**

24

25         13.    Beginning in 2003 and continuing over the years, Plaintiff

26   communicated and met with buyers and executives of Defendants about

27   developing a business relationship. As part of those discussions, in 2005,

28   Defendants began purchasing a belt buckle from Plaintiff known as the "Blackout"

buckle. In addition, Plaintiff sent Defendants' buyers catalogs and samples of Plaintiff's various belts and buckles, and Defendants; buyers and executives visited Plaintiff's booths at trade shows to examine Plaintiff's products. The catalogs included the Silver Star and Rock Rebel collections, protected by Copyrights 157 and 368. The samples that Plaintiff supplied to Defendants included Plaintiff's Winged Heart, Winged Bomb, Turntable, and Dagger designs.

14. Although Defendants had expressed interest in Plaintiff's products, they only purchased the Blackout buckle. Defendants did not purchase Plaintiff's Winged Heart, Winged Bomb, Turntable, and Dagger designs. Nor did Defendants enter into any business relationship, or any type of agreement, with Plaintiff to sell the Winged Heart, Winged Bomb, Turntable, and Dagger designs.

## **Infringement**

15. In summer 2009, Plaintiff learned that Defendants' were selling counterfeits of Plaintiff's copyrighted buckle designs. Plaintiff's president, John Olander, investigated. He entered one of Defendants' retail stores in Orange County, California and purchased belt buckles identical to Plaintiff's copyrighted "Winged Heart" and "Winged Bomb" designs.

16. Upon confirming Defendants were infringing Plaintiff's copyrights, Plaintiff sent Defendants a "cease & desist" letter on July 23, 2009, a copy of which (with receipt confirmation) is attached as Exhibit 3. The letter demanded Defendants cease infringing Plaintiff's products and return Plaintiff's samples. Defendants did not respond to the letter other than to return some of Plaintiff's samples.

17. The following month, Olander discovered that Defendants were continuing to sell counterfeit "Winged Heart" and "Winged Bomb" buckles. In

addition, Olander discovered that Defendants were selling a buckle identical to Plaintiff's copyrighted "Turntable" designs.

18.    On September 28, 2009, Olander sent Defendants a second "cease & desist" letter, a copy of which (with receipt confirmation) is attached as Exhibit 4. Olander reiterated his prior demand that Defendants stop selling counterfeit "Winged Heart" and "Winged Bomb" and notified Defendants that they were also infringing Plaintiff's "Turntable" copyright design.  As before, Defendants did not respond to Plaintiff's second "cease & desist" letter.

19.    In October 2009, Olander went to one of Defendants' retail stores to determine Defendants' compliance.  Olander discovered that Defendants were not only continuing to sell the "Winged Heart," "Winged Bomb," and "Turntable" buckles, but they were also infringing Plaintiff's "Dagger Heart" belt buckle design.

20.    Each of the belt buckles purchased by Mr. Olander at Defendants' retail stores are unauthorized reproductions of Plaintiff's copyrighted designs or unauthorized derivative works.  Although identical to Plaintiff's designs, the belt buckles purchased by Mr. Olander from Defendants' retail stores are of significantly inferior quality.

21.    Defendants had access to Plaintiffs' designs before infringing them and, on information and belief, used the finished products to make nearly identical counterfeits.  For example, Plaintiff's buckles have a raised platform on the backside where authorized copies bear the "Rock Rebel" trademark.  On Defendants' unauthorized reproductions, the Rock Rebel trademark has been removed in the molding process, but the raised platform remains.  The intentional removal of the "Rock Rebel" trademark demonstrates both knowledge of Plaintiff's rights in the designs and Defendants' intentional, knowing and willful infringement of those designs.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### First Cause of Action
### COPYRIGHT INFRINGEMENT
### Against all Defendants

22.   Plaintiff incorporates the preceding allegations.

23.   Defendants were aware of Plaintiff's copyrights in the Winged Heart," "Winged Bomb," "Turntable" and "Dagger Heart" belt buckle designs, having received catalogs and samples from Plaintiff of these copyrighted buckle designs. Defendants were further aware that they had no license, express or implied, to reproduce, publically display, sell or distribute Plaintiff's copyrighted buckle designs.

24.   Defendants infringed Plaintiff's copyrights by publicly displaying, offering for sale, and distributing imitations of the designs.  Defendants knew or should have known that the belt buckles they displayed and sold were unauthorized reproductions of Plaintiff's copyrighted works or derivative works.  Any doubt would have been removed by Plaintiff's two cease & desist letters.

25.   By continuing to publicly display and sell unauthorized reproductions of Plaintiff's belt buckles, included those in the "Silver Star" and the "Rock Rebel" Collections, Defendants have engaged in intentional infringement, causing damages in an amount to be proved at trial.

26.   Defendants' infringing activities diminish the reputation and value of Plaintiff's belt buckles.  Such activities have caused, and will continue to cause, Plaintiff irreparable damage.  Plaintiff has no adequate remedy at law to redress these injuries and is therefore entitled to injunctive relief.

**Second Cause of Action**

**CONTRIBUTORY COPYRIGHT**

**INFRINGEMENT**

**Against all Defendants**

27.     Plaintiff incorporates the preceding allegations.

28.     Defendants induced, caused, and materially contributed to the third-party infringement of Plaintiff's interest in the designs protected by Copyrights 157 and 368.

29.     Defendants knowingly and intentionally induced, caused and materially contributed to a third-party's unauthorized reproduction of Plaintiff's belt buckle designs or derivative works thereof.

30.     On information and belief, Defendants supplied the third-party with an authorized copy of Plaintiff's belt buckles from which the third-party was instructed by Defendants to create unauthorized reproductions or derivative works thereof.

31.     On further information and belief, Defendants supplied the third-party with materials and equipment, or the funds to purchase materials and equipment, from which it created unauthorized reproductions of Plaintiff's belt buckles, or derivative works thereof, as instructed by Defendants.

32.     The acts of Defendants constitute willful contributory copyright infringement. The third-party profited from creating unauthorized reproductions of Plaintiff's belt buckles, or derivative works thereof.

33.     The extent of Defendants' contribution to a third-party's infringing activities has diminished, and continue to diminish, the reputation and value of Plaintiff's belt buckles.  Such activities have caused Plaintiff irreparable damage, warranting injunctive relief.

## Prayer for Relief

WHEREFORE, Plaintiff requests as Judgment against Defendants:

1.      An Order preliminarily and permanently enjoining Defendants from further infringing conduct, including but not limited to, reproducing, displaying, selling or otherwise distributing unauthorized reproductions of Plaintiff's belt buckles designs.

2.      An Order preliminarily and permanently enjoining Defendants from further contributing to infringing conduct, including but not limited to, causing copies of Plaintiff's belt buckle designs, or derivative works thereof, to be produced or distributed.

3.      An Order compelling Defendants to destroy all infringing belt buckles in their possession, custody, or control, and subsequent reporting to Plaintiff on the details of such destruction.

4.      An award of actual damages and Defendants' profits attributable to its infringing activities or, at Plaintiff's election, an award of statutory damages.

5.      An award of actual damages and an amount equal to the third-party infringer's profits attributable to Defendants' contributory infringing acts.

6.      Attorney fees and costs.

7.      Such further relief as the court deems proper.


Dated: November 23, 2009          WOLFF LAW CORPORATION

                                  By: _____
                                  Joshua M. Wolff, Esq.
                                  Attorney for Plaintiff Olander
                                  Enterprises, Inc.

LIBRARY OF CONGRESS

*Copyright Office*
*of the United States*

WASHINGTON, D.C.

**THIS IS TO CERTIFY** that the attached  photocopies are a true representation of the work entitled **SILVER STAR BELT BUCKLE AND BELT COLLECTION** deposited in the Copyright Office with claim of copyright registered under number **VA 1-260-157.**

**IN WITNESS WHEREOF,** the seal of this Office is affixed hereto on May 25, 2006.

Marybeth Peters
Register of Copyrights

By:     Tracie M. Coleman
        Head
        Certifications and Documents
        Section
        Information and Reference
        Division

Use of this material is governed by U.S. Copyright Law 17 U.S.C. 101 et seq.

Exhibit ___

# Olander Enterprises Presents

## The SILVER STAR
### Belt Buckle Collection

**All Styles $12**


*Ghetto Blaster Buckle*


*Big Spade Buckle*


*Bat Buckle*


*Pirate Buckle*


*Trucker Girl Buckle*


*Praying Hands Buckle*


*Sheild Buckle*


*Charis Buckle*

*For more information or to place an order contact:*
*John @ Olander Enterprises*
*1280 Glenayre # 1 • Laguna Beach, CA 92651*

**Phone (949) 497-7138 • Fax (949) 494-9667 • e-mail: o.ent@cox.net**

1

# The SILVER STAR

## Belt Buckle Collection

*All Styles $12*



*American Flag Buckle*



*Flaming Star Buckle*



*Crown Buckle*



*Skull & Web Buckle*



*Black Widow & Web Buckle*



*Nautical Star Buckle*



*Chopper Buckle*



*Wreath Star Buckle*

*For more information or to place an order contact:*
*John @ Olander Enterprises*
*1280 Glenayre # 1 • Laguna Beach, CA 92651*
**Phone (949) 497-7138 • Fax (949) 494-9667 • e-mail: o.ent@cox.net**

2

# *The* **SILVER STAR** *Belt Buckle Collection*

## *All Styles $12*



*Originator Buckle*



*Horse Shoe Buckle*



*Iron Cross Buckle*



*White Trucker Girl Buckle II*



*SS Iron Cross Buckle*



*Sacred Star Buckle*



*Heart & Web Buckle*



*Wild at Heart Buckle*

*For more information or to place an order contact:*
*John @ Olander Enterprises*
*1280 Glenneyre # 1 • Laguna Beach, CA 92651*

**Phone (949) 497-7138 • Fax (949) 494-9667 • e-mail: o.ent@cox.net**

3



# SILVER STAR

## *Spinner Buckles*

*All Styles $12*
*Unless otherwise noted*

**Copyright 2003 - 2004
Olander Enterprises.
Patent Pending**



*Spinner Buckle*

$13



*Turntable Buckle*



*Spin the Bottle Buckle*



*Pirate Spinner Buckle*

*Roulette Buckle*

$13



*Tractor Buckle*

*For more information or to place an order contact:*
*John @ Olander Enterprises*
*1280 Glenayre # 1 • Laguna Beach, CA 92651*

**Phone (949) 497-7138 • Fax (949) 494-9667 • e-mail: o.ent@cox.net**



# The
# SILVER STAR

*All Styles $15*

*Belt Collection*









*Skulls - Stamped Leather Belt*



*Pirate - Stamped Leather Belt*

     

*Originator - Stamped Leather Belt*

5





*Iron Cross - Stamped Leather Belt*





*Stars - Stamped Leather Belt*







*All Styles $15*          *Rodeo - Stamped Leather Belt*

*For more information or to place an order contact:*
*John @ Olander Enterprises*
*1280 Glenayre # 1 • Laguna Beach, CA 92651*
**Phone (949) 497-7138 • Fax (949) 494-9667 • e-mail: o.ent@cox.net**

6

VA 1−260−157



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1-389-368**

**AUG 0 4 2006**

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

Title of This Work ▼

OLANDER ENTERPRISES PRESENTS ROCK REBEL

NATURE OF THIS WORK ▼ See instructions

DESIGNS OF BELTS AND BUCKLES

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2**

**a**

NAME OF AUTHOR ▼

OLANDER ENTERPRISES INC.

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR Citizen of _____
Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?  ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No

If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See instructions
☑ 3-Dimensional sculpture
☑ 2-Dimensional artwork
☐ Reproduction of work of art
☐ Map
☐ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

**b**

Name of Author ▼

Dates of Birth and Death
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR Citizen of _____
Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture
☐ 2-Dimensional artwork
☐ Reproduction of work of art
☐ Map
☐ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

**3**

**a** Year in Which Creation of This Work Was Completed
2006 ◄ Year

This information must be given in all cases.

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month JULY    Day 1    Year 2006    Nation

**4**

See instructions before completing this space.

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

OLANDER ENTERPRISES INC.
~~1200 GLENNEYRE, SUITE 7, LAGUNA BEACH, CA 92651~~
1225 Puerta Del Sol, Unit #806 San Clemente CA 92673

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED  NOV 0 6 2006 AUG 0 4 2006
ONE DEPOSIT RECEIVED  AUG 0 4 2006
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

**Exhibit 2**

MORE ON BACK ►
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE

| EXAMINED BY | | FORM VA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE<br>Yes | | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☑ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☑ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number ▼**    **Year of Registration ▼**

VAu 592-851 & OTHERS                06/23/2003

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

MATERIALS FROM PRIOR REGISTRATIONS VAu 592-851 OF 06/23/2003, VAu 625-466 OF 11/23/2003, VA 1 260 157 OF 02/17/2004 AND VAu 699-898 OF 03/27/2006

**a** *See instructions before completing this space.*

b. **Material Added In This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

~~RENAMED AND ADDITIONAL WORKS ADDED, SOME WORKS REMOVED.~~

NEW ARTWORK AND SCULPTURE

**b**

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name ▼**                                    **Account Number ▼**

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

JAMES G. O'NEILL, KLEIN, O'NEILL & SINGH, LLP
43 CORPORATE PARK, SUITE 204, IRVINE, CA 92606

**b**

Area code and daytime telephone number  ( 949 ) 955-1920          Fax number  ( 949 ) 955-1921

Email  joneill@koslaw.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one ▶ {
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of   AUTHOR/OWNER

*Name of author or other copyright claimant, or owner of exclusive right(s)* A

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

JAMES G. O'NEILL                                  Date   AUGUST 2, 2006

Handwritten signature (X) ▼

x _James G. O'Neill_

| | | |
|---|---|---|
| Certificate will be mailed in window envelope to this address: | **Name ▼**<br>JAMES G. O'NEILL, KLEIN, O'NEILL & SINGH, LLP<br>**Number/Street/Apt ▼**<br>43 CORPORATE PARK, SUITE 204<br>**City/State/ZIP ▼**<br>IRVINE, CA 92606 | **YOU MUST:**<br>• Complete all necessary spaces<br>• Sign your application in space 8<br>**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**<br>1. Application form<br>2. Nonrefundable filing fee in check or money order payable to Register of Copyrights<br>3. Deposit material<br>**MAIL TO:**<br>Library of Congress<br>Copyright Office<br>101 Independence Avenue, S.E.<br>Washington, D.C. 20559-6000 |

**9**

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: August 2003—30,000   Web Rev: June 2002   ⊕ Printed on recycled paper                          U.S. Government Printing Office: 2003-496-605/60,029



04/09/2009  12:07  19499551921  KLEIN,O'NEILL&SINGH  PAGE  04/15

04/09/2009  12:07   19499551921                KLEIN,O'NEILL&SINGH                              PAGE  05/15

**All trademarks, copyrights, and Patents, and Patents Pending owned by Olander Enterprises Inc.**
**Any infringement will be prosecuted to the fullest extent of the law.**



STAR WARS

Storm Trooper $12.00

Boba Fett $12.00

Darth Vader $12.00

Star Wars Logo $12.00

STAR WARS

Star Wars Battle Scene $12.00

A Nightmare ON ELM STREET ™

Freddy's Claw $12.00

Freddy $12.00

Jason $12.00

Rock Rebel ™

FRIDAY THE ™

# BUCKLES

04/09/2009  12:07   1949951921   KLEIN,O'NEILL&SINGH   PAGE  06/15

All trademarks, copyrights, and Patents Pending owned by Glamour Enterprises Inc.
Any infringement will be prosecuted to the fullest extent of the law.

**NEW BLING**


**New Bling Horseshoe**
$18.00


**Bling Royal Crown**
$22.00


**New Bling Crown**
$18.00

**NEW CHROME**


**Shotgun & Rose**
$12.00


**Shotgun & Skull**
$12.00


**Shotgun & Star**
$12.00


**Tommy Gun Star**
$12.00


**Big Winged Gun**
$12.00


**Little Winged Gun**
$9.00


**Winged Bomb**
$12.00


**Winged Shield**
$12.00


**Rose**
$12.00


**Horseshoe Rose**
$12.00


**Horseshoe Spade**
$12.00


**Horseshoe Star**
$12.00


**Horseshoe**
$12.00

# RockRebel™



04/09/2009 12:07

1949551921

KLEIN,O'NEILL&SINGH

PAGE 07/15

All trademarks, copyrights, and Patents, and Patents Pending owned by Olander Enterprises Inc. Any infringement will be prosecuted to the fullest extent of the law.

## NEW CHROME

**Crown**
$12.00

**Royal Crown**
$12.00

**Anchor Skull**
$12.00

**Anchor**
$12.00

**New Skull Skateboard**
$12.00

**1 Skull Day of the Dead**
$12.00

**3 Skull Day of the Dead**
$12.00

**Burro Skull**
$12.00

**Mother of Guadalupe**
$12.00

**Mobster**
$12.00

**Tri-Skull**
$12.00

**Musket Pirate**
$12.00

**Dagger**
$12.00

## CHROME

**Guns n Rose Stash w/ Bottle Opener**

**Guns n Rose**
$10.00

**Broken Heart Gun**
$10.00

**Gun Skull**
$10.00

**Black Gun Skull**
$10.00

**Rockrebel** ™

04/09/2009 12:07 19499551921 KLEIN,O'NEILL&SINGH PAGE 08/15

All trademarks, copyrights, and patents, and Patents Pending owned by Clauber Enterprises Inc.
Any infringement will be prosecuted to the fullest extent of the law.

## CHROME



**Flaming Skull**
$12.00



**Captiain Jack**
$10.00



**Snake Skull**
$12.00



**Helmet Skull**
$12.00



**Dagger in Skull**
$12.00



**Nautical Star**
$10.00



**Tri-Star**
$10.00



**Bolt Star**
$10.00



**Wreath Star**
$10.00



**Sacred Star**
$10.00



**Wild Rose**
$10.00



**Winged Skull**
$10.00



**Wild at Heart**
$10.00



**Pirate Ship**
$10.00



**Franky**
$10.00



**Chrome Gun**
$20.00



**Black Gun**
$20.00



**Mini Glok**
$13.00



**Black Mini Glok**
$13.00



**Gun Star**
$10.00

# RockRebel™


04/09/2009  12:07   19495S1921   KLEIN,O'NEILL&SINGH   PAGE  09/15
All trademarks, copyrights, and Patents Pending owned by Cristael Enterprises Inc. Any infringement will be prosecuted to the fullest extent of the law.

**CHROME**



**Iron Cross**
$10.00



**Iron Cross w/ Skull**
$10.00



**Virgin Mary**
$10.00



**Jesus**
$10.00




**Praying Hands**
$10.00



**Skull Horseshoe**
$12.00



**Cowboy**
$10.00

**Pirate**
$10.00

**Shield**
$10.00

**Old School Shield**
$10.00



**White Trash**
$10.00

**Trucker Girl**
$10.00

**Black Widow & Web**
$10.00




**Chopper**
$10.00

**Skull & Web**
$10.00



**Spinner Turntable**
$10.00



**Black Spinner Turntable**
$10.00




**Spinner Single Turntable**
$10.00



**Ghetto Blaster**
$10.00




**American Flag**
$10.00

04/09/2009   12:07   1949551921   KLEIN,O'NEILL&SINGH   PAGE   10/15

All trademarks, copyrights, and Patents Pending owned by Charlie Enterprises Inc. Any infringement will be prosecuted to the fullest extent of the law.

## CHROME



**Silver Butterfly**
$10.00



**Red Butterfly**
$10.00



**Blue Butterfly**
$10.00



**White Butterfly**
$10.00

**Rebel Flag**
$10.00



**Web Heart**
$10.00

**Bat Buckle**
$10.00

**Flaming Star**
$10.00

## SPINNERS

**Black Out**
$10.00

**Chrome Dub**
$10.00

**Iron Cross**
$10.00



**Gold Wheel**
$12.00



**Steering Wheel**
$10.00



**Big SUV**
$13.50



**Small Star Skateboard**
$12.00

**Iron Cross Skateboard**
$12.00



**Roulette**
$10.00





**Pirate**
$10.00

# RockRebel ™

**SPINNERS**



**Spin the Bottle**
$10.00



**Nautical Star**
$10.00

**Tractor Spinner**
$10.00

**BLING**




**Gun**
$32.00

**Steel Gray Gun Bling**
$38.00

**Gunstar Bling**
$18.00

**Tri-Star Bling**
$18.00

**Iron Cross**
$21.00





**Wild at Heart Red**
$21.00

**Wild at Heart Pink**
$21.00

**Wild at Heart Clear**
$21.00

**RR Shield**
$15.00

**White T Girl**
$22.00





**Sacred Heart/Clear**
$20.00

**Old School Shield**
$15.00

**Turntable**
$21.00

**Butterfly**
$20.00



04/09/2009   12:07   19499551921   KLEIN,O'NEILL&SINGH   PAGE   11/15

All trademarks, copyrights, and Patents, and Patents Pending owned by Olander Enterprises Inc. Any infringement will be prosecuted to the fullest extent of the law.



**VINTAGE**

White T Girl Brass OX
$12.00

Captain Jack Brass OX
$12.00

Gun Skull Brass OX
$12.00

Praying Hands Brass OX
$12.00

Tri-Star Brass OX
$12.00

Wreath Star Brass OX
$12.00

Captain Jack Pewter OX
$12.00

Wreath Star Pewter OX
$12.00

**LETTERS**

LA
$10.00

SD
$10.00

OC
$10.00

IE
$10.00

04/09/2009 12:07 19495519321 KLEIN,O'NEILL&SINGH PAGE 12/15

All trademarks, copyrights, and Patents, and Patents Pending Owned by Daniel Enterprises Inc. Any infringement will be prosecuted to the fullest extent of the law.

# RockRebel™ BELTS



**Trust no One**
$12.00



**Multi Skull**
$12.00



**Pin Stripe**
$12.00



**Iron Cross Skull**
$12.00



**Day of the Dead**
$12.00



**Bandana Black**
$12.00



**Bandana Red**
$12.00

04/09/2009   12:07   1949951921   KLEIN,O'NEIL&SINGH   PAGE   13/15

 **Winged Rose**
$12.00

 **Winged Shield
w/guns**
$12.00

 **Winged Shield**
$12.00

 **New Tattoo belt**
$12.00

 **American Eagle**
$12.00

 **Pirate**
$12.00

**True Love**
$12.00

All trademarks, copyrights, and Patents, and Patents Pending owned by Olander Enterprises Inc.
Any infringement will be prosecuted to the fullest extent of the law.

04/09/2009  12:07  19499551921  KLEIN,O'NEILL&SINGH  PAGE  14/15

04/09/2009  12:07    19499551921          KLEIN, O'NEILL&SINGH                    PAGE  15/15

All trademarks, copyrights, and Patents, and Patents Pending owned by Olander Enterprises Inc.
Any infringement will be prosecuted to the fullest extent of the law.



Never Again $12.00 · Wild at Heart $12.00 · Flame Skull $12.00 · Marshall $12.00 · Cruisin $12.00 · Death Before Dishonor $12.00 · Monsters $12.00 · Skull & Bolts $12.00 · Vegas $12.00 · Virgin Marv

RockRebel™

# WOLFF LAW CORPORATION

T: (949) 769-3600 | F: (949) 769-3601

July 23, 2009

*By FedEx*

Legal Department
SPENCER GIFTS, LLC
6826 Black Horse Pike
Egg Harbor Township, NJ 08234

      Re:    *Sales of Infringing Belt Buckles*
              U.S. Copyright Registration Nos. VA 1-260-157 and VA 1-389-368

To whom it may concern:

      We are legal counsel for John Olander and Olander Enterprises, Inc., d/b/a Rock Rebel (collectively "Olander"). Olander designs, manufacturers, and wholesales unique belt buckles, the designs for which are copyrighted. Among Olander's copyrighted belt buckle designs are a winged heart and winged bomb. Image of both buckles from Olander's website, www.rockrebel.com, are shown below.



Exhibit _3_

# WOLFF LAW CORPORATION

Spencer Gifts, LLC – Legal Dept.
*Copyright Infringement*
July 23, 2009
Page 2



Olander has protected his winged heart and winged bomb designs under U.S. Copyright Registration No. VA 1-260-157, issued on February 14, 2004, and Copyright Registration No. VA 1-389-368, issued August 4, 2006, respectively.

It has come to our attention that your retail stores currently sell belt buckles infringing Olander's winged heart and winged bomb copyrights. The infringing buckles are sold under the label "Body Rage, and are described as bombwing and heartwing. An image of Spencer's infringing buckle, along with the hangtag and receipt, is below.

# WOLFF LAW CORPORATION

Spencer Gifts, LLC – Legal Dept.
*Copyright Infringement*
July 23, 2009
Page 3



As the above images demonstrate, Spencer's winged heart and winged bomb buckles are identical to Olander's copyrighted buckles. The only difference is that Spencer's buckles are cheap knockoffs. As such, Spencer's is plainly infringing Olander's registered copyrights, in violation of 17 U.S.C. § 501.

Remedies for copyright infringement include injunctive relief and damages. Olander may recover actual damages, as measured by his lost profits plus Spencer's profits on the sale of the infringing buckles, or statutory damages per infringement of "not less than $750 or more than $30,000 as the court considers just." (17 U.S.C. § 504.) In cases of willful infringement, the court may "increase the award of statutory

**WOLFF LAW CORPORATION**

Spencer Gifts, LLC – Legal Dept.
*Copyright Infringement*
July 23, 2009
Page 4

damages to a sum of not more than $150,000." (17 U.S.C. § 504(c)(2).) The court may also award attorney fees and costs. (17 U.S.C. § 505.)

We believe Spencer's infringement may have been willful because the company is familiar with Olander's designs. Over the years, Olander has sent Spencer's buckle samples and catalogs, including samples and catalogs of the winged heart and winged bomb designs. In addition, Spencer's executives and buyers have meet with Olander at the M.A.G.I.C. show and have firsthand knowledge of Olander's designs. Under the circumstances, Spencer's decision to buy the winged heart and winged bomb buckles from a counterfeiter instead of Olander suggests willful copyright infringement, subjecting Spencer's to statutory damages of $150,000.

To resolve this dispute, we demand Spencer's (1) immediately stop selling the counterfeit buckles, (2) provide us accurate financial information showing its profits on sales of the counterfeit buckles, (3) identify the sources of its counterfeit buckles, (4) return all samples provided by Olander, and (5) come to terms on an appropriate financial settlement.

Thank you for your attention to the matter. Please respond within the next 10 days

Very truly yours,

Joshua M. Wolff

Cc:     Olander Enterprises, Inc.

**Josh Wolff**

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Friday, August 21, 2009 8:11 PM |
| **To:** | undisclosed-recipients: |
| **Subject:** | Online FedEx Tracking - 796800853827 |

```
----------------------------------------------------------------
This tracking update has been requested by:
Name:  (not provided by requestor)
E-mail:  jwolff@wolff-law.com
Tracking number   796800853827

Reference           Olander
Ship date           Jul 23, 2009
Delivered to              Shipping/Receiving
Destination         Egg Harbor Township, NJ
Delivery date       Jul 24, 2009 10:02 AM
Signed for by       E.JACKMON
Service type        Standard Envelope

Tracking results as of Aug 21, 2009 10:11 PM CST

Date/Time           Location/Activity
Jul 24, 2009 10:02 AM     Egg Harbor Township, NJ/Delivered
Jul 24, 2009 9:11 AM      EGG HARBOR TOWNSHIP, NJ/On FedEx vehicle for delivery
Jul 24, 2009 8:23 AM      EGG HARBOR TOWNSHIP, NJ/At local FedEx facility
Jul 24, 2009 5:54 AM      PHILADELPHIA, PA/At dest sort facility
Jul 24, 2009 3:41 AM      MEMPHIS, TN/Departed FedEx location
Jul 24, 2009 12:55 AM     MEMPHIS, TN/Arrived at FedEx location
Jul 23, 2009 7:53 PM      IRVINE, CA/Left FedEx origin facility
Jul 23, 2009 4:15 PM      IRVINE, CA/Picked up
Jul 23, 2009 1:36 PM      /Shipment information sent to FedEx

Disclaimer
----------------------------------------------------------------
This tracking update has been sent to you by FedEx on the behalf of the Requestor noted
above. FedEx does not validate the authenticity of the request and does not validate,
guarantee or warrant the authenticity of the request, the requestor's message, or the
accuracy of this tracking update. For tracking results and fedex.com's terms of use, go to
fedex.com.
```

# WOLFF LAW CORPORATION

T: (949) 769-3600 | F: (949) 769-3601

September 28, 2009

*By overnight courier*

Legal Department
SPENCER GIFTS, LLC
6826 Black Horse Pike
Egg Harbor Township, NJ 08234

> Re:  *Sales of Infringing Belt Buckles – Cease & Desist letter # 2*
>      U.S. Copyright Registration Nos. VA 1-260-157 and VA 1-389-368

To whom it may concern:

We wrote to you on July 23, 2009 to inform you that Spencer Gifts has been selling "Winged Heart" and "Winged Bomb" belt buckles that infringe the registered copyrights of our client, Olander Enterprises, Inc., d/b/a Rock Rebel ("Olander"). Another copy of our letter is attached.

In our July 23 letter, we demanded that Spencer stop infringing Olander's copyrights. We asked for accurate financial information showing Spencer's profits on sales of the counterfeit buckles, the sources of the counterfeit buckles, and return of all samples Olander previously provided the company. We also invited negotiation on a reasonable financial settlement. Spencer did not respond, except to return some of Olander's samples.

Despite our cease and desist demand, Spencer has continued to sell the infringing buckles. In addition, we have discovered that Spencer is also infringing Olander's copyrighted "Turntable" buckle. *See* attached photos and receipt dated August 22, 2009.

Olander registered his Turntable buckle in 2004 (without rhinestones) and again in 2005 and 2006 (with rhinestones). The 2006 Copyright Registration No. is VA 1-389-368, referenced above. An image of Olander's Turntable buckle from his website, www.rockrebelshop.com, is below left; Spencer's knockoff is below right. The buckles are nearly identical; the only difference is that Spencer's knockoff adds more "bling."

Exhibit 4

# WOLFF LAW CORPORATION

 

Olander's copyrighted design          Spencer Gift's infringing buckle

Spencer's continued sale of counterfeit and knockoff buckles, despite demand to stop, is *prima facie* proof of willful infringement.  We have also discovered additional proof of Spencer's willful infringement.

Below right is an image of the backside of Olander's Winged Bomb, taken from the samples Spencer recently returned to Olander.  Note the placement of Olander's trade name, Rock Rebel, on the backside of the left wing.  The image below right is the backside of Spencer's counterfeit buckle.  The name Rock Rebel has been removed.

 

# WOLFF LAW CORPORATION

Spencer Gifts, LLC – Legal Dept.
*Copyright Infringement*
September 28, 2009
Page 3

The evidence above suggests that Spencer has not been retailing counterfeit winged bomb buckles by accident.  Rather, the very sample Olander loaned to Spencer was likely used to copy the buckle.  For these reasons, we believe a federal court will find that Spencer's infringement of Olander's copyrights was willful.  And, as you know, the remedy for willful copyright infringement may include statutory damages up to $150,000, as well as attorney fees and costs.  (17 U.S.C. § 504(c)(2) and § 505.)

If Spencer has any desire to remedy its infringement, please notify us immediately and be prepared to discuss a financial arrangement.  Otherwise, we will pursue legal action against Spencer for its copyright infringement.

Very truly yours,

Joshua M. Wolff

Enclosures
    1) Demand letter of July 23, 2009
    2) Image of 8/22/09 receipt and
        counterfeit buckles

Cc:    Olander Enterprises, Inc.



# WOLFF LAW CORPORATION

### T: (949) 769-3600 | F: (949) 769-3601

July 23, 2009

*By FedEx*

Legal Department
SPENCER GIFTS, LLC
6826 Black Horse Pike
Egg Harbor Township, NJ 08234

Re:   *Sales of Infringing Belt Buckles*
     <u>U.S. Copyright Registration Nos. VA 1-260-157 and VA 1-389-368</u>

To whom it may concern:

We are legal counsel for John Olander and Olander Enterprises, Inc., d/b/a Rock Rebel (collectively "Olander"). Olander designs, manufactures, and wholesales unique belt buckles, the designs for which are copyrighted. Among Olander's copyrighted belt buckle designs are a winged heart and winged bomb.  Image of both buckles from Olander's website, <u>www.rockrebel.com</u>, are shown below.



**WOLFF LAW CORPORATION**

Spencer Gifts, LLC – Legal Dept.
*Copyright Infringement*
July 23, 2009
Page 2



Olander has protected his winged heart and winged bomb designs under U.S. Copyright Registration No. VA 1-260-157, issued on February 14, 2004, and Copyright Registration No. VA 1-389-368, issued August 4, 2006, respectively.

It has come to our attention that your retail stores currently sell belt buckles infringing Olander's winged heart and winged bomb copyrights. The infringing buckles are sold under the label "Body Rage, and are described as bombwing and heartwing. An image of Spencer's infringing buckle, along with the hangtag and receipt, is below.

# WOLFF LAW CORPORATION

Spencer Gifts, LLC -- Legal Dept.
*Copyright Infringement*
July 23, 2009
Page 3



As the above images demonstrate, Spencer's winged heart and winged bomb buckles are identical to Olander's copyrighted buckles. The only difference is that Spencer's buckles are cheap knockoffs. As such, Spencer's is plainly infringing Olander's registered copyrights, in violation of 17 U.S.C. § 501.

Remedies for copyright infringement include injunctive relief and damages. Olander may recover actual damages, as measured by his lost profits plus Spencer's profits on the sale of the infringing buckles, or statutory damages per infringement of "not less than $750 or more than $30,000 as the court considers just." (17 U.S.C. § 504.) In cases of willful infringement, the court may "increase the award of statutory

**WOLFF LAW CORPORATION**

Spencer Gifts, LLC – Legal Dept.
*Copyright Infringement*
July 23, 2009
Page 4

damages to a sum of not more than $150,000." (17 U.S.C. § 504(c)(2).) The court may also award attorney fees and costs. (17 U.S.C. § 505.)

We believe Spencer's infringement may have been willful because the company is familiar with Olander's designs. Over the years, Olander has sent Spencer's buckle samples and catalogs, including samples and catalogs of the winged heart and winged bomb designs. In addition, Spencer's executives and buyers have meet with Olander at the M.A.G.I.C. show and have firsthand knowledge of Olander's designs. Under the circumstances, Spencer's decision to buy the winged heart and winged bomb buckles from a counterfeiter instead of Olander suggests willful copyright infringement, subjecting Spencer's to statutory damages of $150,000.

To resolve this dispute, we demand Spencer's (1) immediately stop selling the counterfeit buckles, (2) provide us accurate financial information showing its profits on sales of the counterfeit buckles, (3) identify the sources of its counterfeit buckles, (4) return all samples provided by Olander, and (5) come to terms on an appropriate financial settlement.

Thank you for your attention to the matter. Please respond within the next 10 days

Very truly yours,

Joshua M. Wolff

Cc:     Olander Enterprises, Inc.

**Josh Wolff**

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Tuesday, September 29, 2009 7:10 AM |
| **To:** | jwolff@wolff-law.com |
| **Subject:** | FedEx Shipment 797968853395 Delivered |

This tracking update has been requested by:

Company Name: Wolff Law Corporation
Name:      Josh Wolff
E-mail:    jwolff@wolff-law.com

Our records indicate that the following shipment has been delivered:

Reference:                Olander
Ship (P/U) date:          Sep 28, 2009
Delivery date:            Sep 29, 2009 9:57 AM
Sign for by:              J.SCARDINO
Delivered to:             Shipping/Receiving
Service type:             FedEx Standard Overnight
Packaging type:           FedEx Envelope
Number of pieces:         1
Weight:                   0.50 lb.
Special handling/Services: Deliver Weekday
Tracking number: 797968853395

Shipper Information        Recipient Information
Josh Wolff                 Legal Dept.
Wolff Law Corporation      Spencer Gifts, LLC
9160 Irvine Center Dr.     6826 Black Horse Pike
Suite 200                  Egg Harbor Township
Irvine                     NJ
CA                         US
US                         08234
92618

Please do not respond to this message. This email was sent from an unattended
mailbox. This report was generated at approximately 9:09 AM CDT
on 09/29/2009.
Learn more about new ways to track with FedEx.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above,
or visit us at fedex.com.
This tracking update has been sent to you by FedEx on the behalf of the
Requestor noted above. FedEx does not validate the authenticity of the
requestor and does not validate, guarantee or warrant the authenticity of the
request, the requestor's message, or the accuracy of this tracking update. For
tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.