Michael L. Lovitz (268976)
R. Christopher Harshman (248214)
Lovitz IP Law P.C.
9701 Wilshire Blvd Ste 1000
Beverly Hills, CA 90212

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLANDER ENTERPRISES, INC., a California Corporation,<br>Plaintiff(s)<br>v.<br>SPENCER GIFTS, LLC, a Delaware limited liability company, et al.,<br>Defendant(s). | CASE NUMBER<br>SACV09-1372 CJC (ANx)<br><br>REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |

Spencer Gifts Online LLC     ☐ Plaintiff  ☑ Defendant  ☑ Other Counter-Claimant
*Name of Party*

hereby request the Court approve the substitution of Michael L. Lovitz & R. Christopher Harshman, Lovitz IP Law PC
*New Attorney*
as attorney of record in place and stead of Richard A Wallen et al., Christie Parker & Hale
*Present Attorney*

Dated June 23, 2011

X _____
*Signature of Party/Authorized Representative of Party*

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated 7/11/11

_____
*Signature of Present Attorney*

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated June 23, 2011

_____
*Signature of New Attorney*
MLL (268976) and RCH (248214)
*State Bar Number*

If party requesting to appear Pro Se:

Dated _____

_____
*Signature of Requesting Party*

**NOTE:** COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY* (G-01 ORDER) ALONG WITH THIS REQUEST.

G-01 (03/06)     REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY

Michael L. Lovitz (268976)
R. Christopher Harshman (248214)
Lovitz IP Law P.C.
9701 Wilshire Blvd Ste 1000
Beverly Hills, CA 90212

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| OLANDER ENTERPRISES, INC., a California Corporation,<br>Plaintiff(s)<br>v.<br>SPENCER GIFTS, LLC, a Delaware limited liability company, et al.,<br>Defendant(s). | CASE NUMBER<br>SACV09-1372 CJC (ANx)<br><br>REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY | |

Silver Moon Creations, Inc.     ☐ Plaintiff  ☑ Defendant  ☑ Other Counter-Claimant
*Name of Party*

hereby request the Court approve the substitution of Michael L. Lovitz & R. Christopher Harshman, Lovitz IP Law PC
                                                                                                 *New Attorney*
as attorney of record in place and stead of Richard A Wallen et al., Christie Parker & Hale
                                                                                     *Present Attorney*

Dated June 23, 2011

*Signature of Party/Authorized Representative of Party*

---

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated  7/11/11

*Signature of Present Attorney*

---

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated June 23, 2011

*Signature of New Attorney*
MLL (268976) and RCH (248214)
*State Bar Number*

---

If party requesting to appear Pro Se:

Dated _____

*Signature of Requesting Party*

**NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY (G-01 ORDER) ALONG WITH THIS REQUEST.**

G-01 (03/06)         REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY

Michael L. Lovitz (268976)
R. Christopher Harshman (248214)
Lovitz IP Law P.C.
9701 Wilshire Blvd Ste 1000
Beverly Hills, CA 90212

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| OLANDER ENTERPRISES, INC., a California Corporation,<br>Plaintiff(s)<br>v.<br>SPENCER GIFTS, LLC, a Delaware limited liability company, et al.,<br>Defendant(s). | CASE NUMBER<br>SACV09-1372 CJC (ANx)<br><br>REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY | |

Spencer Gifts LLC    ☐ Plaintiff  ☑ Defendant  ☑ Other Counter-Claimant
*Name of Party*

hereby request the Court approve the substitution of  Michael L. Lovitz & R. Christopher Harshman, Lovitz IP Law PC
*New Attorney*
as attorney of record in place and stead of  Richard A Wallen et al., Christie Parker & Hale
*Present Attorney*

Dated  June 23, 2011

*Signature of Party/Authorized Representative of Party*

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated  7/11/11

*Signature of Present Attorney*

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated  June 23, 2011

*Signature of New Attorney*

MLL (268976) and RCH (248214)
*State Bar Number*

If party requesting to appear Pro Se:

Dated _____

*Signature of Requesting Party*

NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY* (G-01 ORDER) ALONG WITH THIS REQUEST.

G-01 (03/06)    REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY

Michael L. Lovitz (268976)
R. Christopher Harshman (248214)
Lovitz IP Law P.C.
9701 Wilshire Blvd Ste 1000
Beverly Hills, CA 90212

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| OLANDER ENTERPRISES, INC., a California Corporation, Plaintiff(s) | CASE NUMBER | SACV09-1372 CJC (ANx) |
| v. | | |
| SPENCER GIFTS, LLC, a Delaware limited liability company, et al., Defendant(s). | REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY | |

Spencer Gifts Holding LLC   ☐ Plaintiff  ☐ Defendant  ☑ Other  Counter-Claimaint
*Name of Party*

hereby request the Court approve the substitution of Michael L. Lovitz & R. Christopher Harshman, Lovitz IP Law PC
*New Attorney*

as attorney of record in place and stead of Richard A Wallen et al., Christie Parker & Hale
*Present Attorney*

Dated June 23, 2011

X _____
*Signature of Party/Authorized Representative of Party*

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated 7/11/11

_____
*Signature of Present Attorney*

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated June 23, 2011

_____
*Signature of New Attorney*
MLL (268976) and RCH (248214)
*State Bar Number*

If party requesting to appear Pro Se:

Dated _____

_____
*Signature of Requesting Party*

**NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY* (G-01 ORDER) ALONG WITH THIS REQUEST.**

G-01 (03/06)   REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY