# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| OLANDER ENTERPRISES, INC., a California Corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>SPENCER GIFTS, LLC, a Delaware limited liability company, SPENCER GIFTS HOLDING, INC., a Delaware corporation, SPENCER GIFT ONLINE, LLC, a Delaware limited liability company, TRI-COASTAL DESIGN GROUP, INC., a New Jersey corporation, SILVER MOON CREATIONS, INC., a Florida corporation, HIP HOP WHOLESALE, entity form unknown, ICED OUT GEAR, entity form unknown, WORLDWIDE DYNASTY, INC., a California corporation, and DOES 1 through 10,<br><br>    Defendants. | CASE NO. SACV09-1372 CJC (ANx)<br><br>**JUDGMENT** |

## **JUDGMENT**

On August 25, 2011, the Court issued an order: (1) granting summary judgment in favor of Defendants Spencer Gifts LLC, Spencer Gifts Holding, Inc., Spencer Gifts Online LLC, and Silver Moon Creations, Inc., and (2) granting partial

summary judgment in favor of Defendant Worldwide Dynasty, Inc., d.b.a. Hip Hop Wholesale and Iced Out Gear (collectively, "Worldwide") as to all claims for copyright infringement. [Dkt. # 230]. On November 15, 2011, the Court issued an order granting summary judgment in favor of Defendant Tri-Coastal Design Group, Inc. [Dkt. # 257]. On December 21, 2011, upon stipulation of the parties, the Court issued an order dismissing the counterclaims filed by Defendant Tri-Coastal Design Group, Inc., without prejudice. [Dkt. # 281]. On December 22, 2011, upon *ex parte* request by Plaintiff for a voluntary dismissal, the Court issued an order dismissing all remaining claims against Defendant Worldwide without prejudice. [Dkt. # 282]. On January 18, 2012, Defendants Spencer Gifts LLC, Spencer Gifts Holding, Inc., Spencer Gifts Online LLC, and Silver Moon Creations, Inc., filed a stipulation to dismiss their counterclaims against Plaintiff. [Dkt. # 286].

**ACCORDINGLY, THE COURT HEREBY ENTERS JUDGMENT FOR ALL DEFENDANTS AS FOLLOWS:**

1. Plaintiff Olander Enterprises, Inc. ("Plaintiff") shall take nothing by way of any of its claims raised against the Defendants in the operative Third Amended Complaint;

2. Plaintiff's claims for copyright infringement against all Defendants are dismissed with prejudice;

3. Plaintiff's claims for contributory copyright infringement against all Defendants are dismissed with prejudice;

4. Plaintiff's claims for trademark infringement against Worldwide are dismissed without prejudice;

5. Plaintiff's claims for unfair competition under the Lanham Act (15 U.S.C. §1125(a)) against Worldwide are dismissed without prejudice;

6. Plaintiff's claims for common law trademark infringement against Worldwide are dismissed without prejudice;

7. Plaintiff's claims for common law unfair competition against Worldwide are dismissed without prejudice;

8. Plaintiff's claims for unfair competition pursuant to California Business & Professions Code § 17200 against Worldwide are dismissed without prejudice;

9. Defendant Tri-Coastal Design Group, Inc.'s counterclaims against Plaintiff are dismissed without prejudice;

10. Defendants Spencer Gifts LLC, Spencer Gifts Holding, Inc., Spencer Gifts Online LLC, and Silver Moon Creations, Inc.'s counterclaims against Plaintiff are dismissed without prejudice;

11. As the prevailing parties in this action, Defendants shall each be entitled to recover their taxable costs of suit in accordance with C.D. Local Rule 54-3, in the amount of $_____; and

12. Defendants may file a regularly noticed motion seeking recovery of their attorneys' fees and non-taxable expenses pursuant to 17 U.S.C. § 505, in accordance with Fed. R. Civ. P. Rule 54 and C.D. Local Rule 54-12.

Dated: 1/30/12

_____
Hon. Cormac J. Carney
UNITED STATES DISTRICT JUDGE